IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| A.Q.A., a minor, by and through his guardian *ad litem* JOSEPH C. MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and MERCY MEDICAL CENTER, NAMPA, an Idaho corporation,<br><br>Defendants. | **CASE NO: CV 10-00262 EJL**<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on the Stipulation of the Plaintiff and Defendant Mercy Medical Center, Nampa, (Dkt. No. 24), and good cause appearing therefore;

1. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation For Dismissal (Dkt. No. 24) is APPROVED AND ADOPTED by the Court and all claims against Defendant Mercy Medical Center, Nampa be and are hereby dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED: **December 16, 2011**

*/s/ Edward J. Lodge*
Honorable Edward J. Lodge
U. S. District Judge