UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| A.Q.A., a minor, by and through his guardian ad litem JOSEPH C. MILLER,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and MERCY MEDICAL CENTER, NAMPA, an Idaho Corporation,<br><br>        Defendants. | Civil No. 10-0262-S-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Upon review of the Stipulation for Dismissal With Prejudice (Dkt. 26), and for good cause appearing therefor;

    **IT IS HEREBY ORDERED** that the Stipulation for Dismissal With Prejudice (Dkt. 26) is **APPROVED AND ADOPTED** by the Court and Plaintiff's Complaint and Demand for Jury Trial (Dkt. 1) and all claims filed by the Plaintiff against the United States of America in the above-entitled matter be, and the same are hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

DATED: **March 15, 2012**

_____
Honorable Edward J. Lodge
U. S. District Judge